In the Matter of the Claim of ALICE C. DEARING, Respondent, against UNION FREE SCHOOL DISTRICT No. 1, TOWN OF TONAWANDA, et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued March 2, 1948; decided March 19, 1948.

*Bernard Katzen, General Attorney (George J. Hayes* and *Victor Fiddler* of counsel), for State Insurance Fund, appellant. *Selwyn R. Mack* for respondent.

Order of Appellate Division reversed and decision of Workmen's Compensation Board reinstated, without costs, on the ground that there was substantial evidence for the board's finding of fact that the injury did not arise out of and in the course of claimant's employment, which finding of fact is, there- fore, final and conclusive. (Workmen's Compensation Law, § 20.) No opinion.

Concur: LOUGHRAN, Ch. J., DESMOND, THACHER, DYE and FULD, JJ. Dissenting: LEWIS and CONWAY, JJ.